UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE: CHAPTER 13

WILLIAM C. SWEENEY CASE NO. 09-70014

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor: Federal National Mortgage Assoc.**       **Court claim #: 4**

**Last four digits** of any number used to identify the debtor's account: 5881

---

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $11,744.03 (Per creditor's proof of claim) |
| Amount Paid by Trustee | $11,744.03 |

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan           ☒   Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   4/30/14                             /s/Fiona Whelan
                                             Fiona Whelan, Attorney for
                                             Lydia S. Meyer, Trustee
                                             308 W. State St., Suite 212
                                             Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 3rd Day of April 30, 2014.

Dated:   4/30/14                             /s/Cynthia K. Burnard

FEDERAL NATIONAL MORTGAGE ASSOC.
(FANNIE MAE) C/O SETERUS
PO BOX 4128
BEAVERTON, OR 97076-4128

COUNTRYWIDE HOME LOANS
BANKRUPTCY DEPT.
PO BOX 10219
VAN NUYS, CA  91410-0219

PIERCE AND ASSOCIATES
ATTORNEYS AT LAW
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602-

WILIAM C. SWEENEY
2616 SIOUX COURT
ROCKFORD, IL  61109

BRIAN A HART LAW OFFICES
1410 N. MAIN STREET
ROCKFORD, IL  61103